AO 93 (Rev 5/85) Search Warrant

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

In the Matter of the Search of
(Name, address or brief description of person or property to be searched):
**An Express Mail Parcel Label #EB882587851US, approximately 18" X 14 1/2" X 12 1/2" addressed to Deborah PiNto, calle San Jorge #405, Apt-707 Parada #25, San Juan, P.R. 00972, bearing a return address of Carlos PiNto, 7102 Alberta R.D, San Juan, Tx 78589.**

**SEARCH WARRANT**

CASE NUMBER:  M-08-5330-M

TO: Manuel P. Zavala    and any Authorized Officer of the United States

Affidavit(s) having been made before me by   Manuel P. Zavala   who has reason to believe that _____ On the person of or   X   on the premises known as (name, description and/or location)

**An Express Mail Parcel Label #EB882587851US, approximately 18" X 14 1/2" X 12 1/2" addressed to Deborah PiNto, calle San Jorge #405, Apt-707 Parada #25, San Juan, P.R. 00972, bearing a return address of Carlos PiNto, 7102 Alberta R.D, San Juan, Tx 78589.**

In the   SOUTHERN   District of   TEXAS   There is now concealed a certain person or property, namely (describe the person or property)

Property that constitutes evidence of the commission of a criminal offense; or, contraband, the fruits of crime, or thing otherwise criminally possessed;

**Evidence of a violation of Title 21, United States Code, Section(s) 841(a)(1), 843(b) and 846.**

**Search is authorized for narcotics and/or proceeds of narcotic trafficking.**

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HERE BY COMMANDED to search on or before   8/30/2008
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or Property seized and promptly returned this warrant to   Peter E Ormsby
as required by law.                                              U.S. Judge or Magistrate Judge

August 20, 2008   5:19 pm   at   McAllen, TX
Date and Time Issued                                      City and State

Peter E. Ormsby,  U. S. Magistrate Judge
Name and Title of Judicial Officer                   Signature of Judicial Officer

M08-5330-M

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>8-20-08 | DATE AND TIME WARRANT EXECUTED<br>8-21-08  3:46 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF | R Dukes + J. Gunther ||

United States District Court
Southern District of Texas

AUG 2 6 2008

Michael N. Milby Clerk

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1 plastic wrapped bundle weighing approximately 13 lbs 0.5 oz containing a green leafy substance which field tested positive for marijuana.

1 Express mail parcel # EB882587851 w/packing.

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*Roxanne Dukes*

Subscribed, sworn to and returned before me this date.

*Pet Schurly*  8/26/2008

U.S. Judge or Magistrate                Date